Argued December 19, affirmed December 19, 1972

## STATE OF OREGON, *Respondent, v.* JAMES ARTIS BROWN (No. C-71-09-2891 Cr), *Appellant.*

503 P2d 1259

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant. A supplementary brief was filed by appellant James Artis Brown, pro se.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

AFFIRMED FROM THE BENCH.